IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGIO AMBRIZ,<br><br>  Defendant. | 8:23CR33<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 33). The Court has carefully reviewed the record in this case and finds as follows:

1. On October 10, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 29) forfeiting Sergio Ambriz's interest in $2,200 in United States currency seized from his possession on or about December 29, 2022.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 13, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 32) was filed in this case on December 14, 2023.

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 33) is granted.
2. All right, title and interest in and to the $2,200 seized on December 29, 2022, from the possession of Sergio Ambriz, held by any person or entity are forever barred and foreclosed.
3. The $2,200 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 9th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge